Steven M. Edmonds (#15592)
STRONG & HANNI
9350 South 150 East, Suite 500
Sandy, Utah  84070
Phone: (801) 532-7080
Fax: (801) 596-1508
sedmonds@strongandhanni.com

*Attorney for Amicus Curiae The J. Reuben Clark Law Society*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| IN RE: THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS TITHING LITIGATION<br><br>*This document relates to all actions.* | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:24-md-03102-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Rule 83-1.1(c) of the Local Rules of Civil Practice of the United States District Court for the District of Utah, the undersigned counsel moves for the pro hac vice admission of Blaine H. Evanson (Applicant) as counsel for Amicus Curiae The J. Reuben Clark Law Society, and consents to serve as local counsel.  The undersigned counsel is an active member of this Court's bar.  The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing.

The undersigned counsel certifies that he has verified with the Applicant that the information contained in the application is true and accurate.

Dated: September 23, 2024

Respectfully submitted,

*/s/ Steven M. Edmonds*
Steven M. Edmonds
*Attorney for Amicus Curiae*
*The J. Reuben Clark Law Society*